U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta
MAY 0 4 2010
JAMES N. HATTEN, Clerk
By: _L. Wake-Childs_
Deputy Clerk

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA

DIVISION **ATLANTA**
(USAO 2010R00035)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

DISTRICT COURT NO. 1:10-CR-194

COUNTY NAME: FULTON

MAGISTRATE CASE NO. _____

_X_ Indictment    ___ Information    ___ Magistrate's Complaint
DATE: May 4, 2010    DATE:    DATE:

UNITED STATES OF AMERICA
vs.
**BRADLEY LOREN KAM**

SUPERSEDING
Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony    ___ Misdemeanor

TOTAL COUNTS:
(as to deft)

**DEFENDANT:**

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding ___ Yes ___ No
Date: _____    Issued by: _____

IS IN CUSTODY:

4. _X_ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal    ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes    ___ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: Jenny R. Turner
DEFT'S ATTY: _____

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: Jenny R. Turner
Assistant United States Attorney

DATE: May 4, 2010