U.S. Department of Justice
United States Attorney
Northern District of Georgia

May 3, 2010
Date Submitted

**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**

# In the United States District Court
For The Northern District of Georgia

MAY 0 4 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States of America

v.

Bradley Loren Kam

Indictment/Information

1:10-CR-194

May 4, 2010
Date of Indictment

## REQUEST FOR ARRAIGNMENT

**DEFENDANT**

( ) On Bond                    (X) Issue Summons

Bradley Loren Kam
(Name)

c/o Charles Michael Abbott, 2127 Maple Drive, Atlanta, GA 30305
(Address)

**ATTORNEY FOR DEFENDANT**

Charles Michael Abbott
(Name)

2127 Maple Drive, Atlanta, GA
(Address)

**SURETY**

_____
(Name)

_____
(Address)

( ) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

Other defendants previously arraigned (or now set for arr.)
_____

CATEGORY OF CASE  ( ) Short    ( ) Medium    ( ) Long
Assistant U.S. Attorney handling case Jenny R. Turner
(for additional defendants--use supplemental sheet)
Special Date Requested: _____

Form No. USA-40-19-35a
(08/18/83)
N.D.Ga. 08/26/94