**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
   **PLEA AND**
      **SENTENCE**



Time in court: ____ Hrs __20__ Min

Filed in Open Court:   Date: __5/13/10__   Time: __10:55__   Tape __FTR__

Magistrate (presiding): __C. CHRISTOPHER HAGY__   Deputy Clerk   __CAROLE BURKS__

Case Number: __1:10-CR-194__   Defendant's Name: __Bradley Loren Kam__

AUSA: __Jenny Turner__   Defendant's Attorney: __Michael Abbott__

USPO/PTR: _____   Type Counsel: ( X ) Retained  ( ) CJA  ( ) FPD  ( ) Waived

____ ARREST DATE _____

____ INTERPRETER _____

__X__ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT   Dft. In Custody? ( ) Yes  ( ) No

____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.

____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY

____ ORDER appointing _____ (State Bar of Ga. # _____ ) as counsel.

____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)

____ Dft. to pay attorney fees as follows: _____

____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.

__X__ Copy indictment/information given to dft? ( X ) Yes  ( ) No   Read to dft? ( ) Yes  ( X ) No.

____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.

__X__ ARRAIGNMENT HELD. ( ) superseding indictment/information.

____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt.  ( ) Dft.

____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____

__X__ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.

____ MOTION TO CHANGE PLEA, and order allowing same.

____ PLEA OF GUILTY/NOLO as to counts _____

____ Petition to enter plea of GUILTY/NOLO filed.

____ NEGOTIATED PLEA between Government and defendant filed.

__X__ ASSIGNED TO JUDGE __CARNES__ for: ( X ) trial ( ) arraignment/sentence.

__X__ ASSIGNED TO MAGISTRATE __WALKER__ for pretrial proceedings.

__X__ Estimated trial time: ____ days ( X ) SHORT   ( ) MEDIUM   ( ) LONG

____ CONSENT TO PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

____ See other side.

                                                                                         Bradley Loren Kam       Defendant

_____ Government MOTION FOR DETENTION filed. Hearing set for_____ at_____

_____ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

_____ BOND/PRETRIAL DETENTION hearing held.

_____ MOTION FOR REDUCTION OF BOND hearing held.

_____ MOTION FOR REDUCTION OF BOND ( ) GRANTED   ( ) DENIED

_____ WRITTEN ORDER TO FOLLOW.

_____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED

_____ WRITTEN ORDER TO FOLLOW.

__X__ BOND SET AT $ __10,000_____

__X__ Non-surety

_____ Surety   ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

__X__ SPECIAL CONDITIONS:   Report to PTS, restricted travel to NDGA, do not move without permission. Refrain from possession of illegal drugs or firearms. Obtain no passport, No excessive use of alcohol, maintain or seek employment. No contact with co-dfts.

__X__ Bond Filed: defendant released.

_____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____