# P L E A (With Counsel)

U.S. Department of Justice
United States Attorney
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

MAY 1 3 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CRIMINAL NO. 1:10-CR-194

I, BRADLEY LOREN KAM, defendant, having received a copy of the within INDICTMENT, and having been arraigned plead Not Guilty thereto to the Indictment thereof.

In Open Court this 13th day of May, 2010.

_____
SIGNATURE (Attorney for Defendant)

_____
SIGNATURE (Defendant)
BRADLEY LOREN KAM

## INFORMATION BELOW MUST BE TYPED OR PRINTED

C. Michael Abbott
NAME (Attorney for Defendant)

BRADLEY LOREN KAM
NAME (Defendant)

3127 Maple Drive
STREET

1354 Breezy Ln.
STREET

Atlanta 30305
CITY & STATE   ZIP CODE

Atlanta, GA   30329
CITY & STATE   ZIP CODE

PHONE NUMBER ___ - 262 6510

PHONE NUMBER 404-550-3746

STATE BAR OF GEORGIA NUMBER 000 250

Filed in Open Court

_____

By _____

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93 ENDFIELD