IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

BRADLEY LOREN KAM-01,
MATTHEW EVERETT GOULD-02,
TRUNG Q. LE-04,

Defendants.

CRIMINAL CASE NO.
1:10-CR-194-JEC

## ORDER

At the request of Government counsel, Jenny Turner, and counsel for defendants, the plea date for the above defendants is scheduled for **WEDNESDAY, JULY 28, 2010, 3:00 p.m., COURTROOM 2107.**

**Excludable time is allowed, to commence as of July 13, 2010 through July 28, 2010,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(to give counsel for the defendant or attorney for the Government reasonable time necessary for effective preparation) and (h)(6) (a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

AO 72A
(Rev.8/82)


SO ORDERED this __21__ day of JULY, 2010.

_/s/ Julie Carnes_
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

2