IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 0 8 2011

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | NO. 1:10-CR-194-1-JEC |
| | : | |
| BRADLEY LOREN KAM | : | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The above defendant having entered a plea of guilty to and been sentenced on Criminal Information (1:10-CR-319), filed on July 28, 2010, the undersigned hereby requests leave to dismiss the above Indictment, filed May 4, 2010, charging violations of Title 21 United States Code, Sections 841(a)(1), as to BRADLEY LOREN KAM and Movant prays leave of Court to file the same.

Respectfully submitted this 7th day of March, 2011.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ Jenny R. Turner
JENNY R. TURNER
ASSISTANT U. S. ATTORNEY
(404)581 6084/ 6181 (Fax)
Georgia Bar No. 719439

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

## ORDER

No, to-wit, on the 7 day of March, 2011, upon motion of the united States Attorney, leave to file the above dismissal is hereby granted on such terms as are contained in Government's motion herein above.

/s/ Julie E. Carnes
JULIE E. CARNES, CHIEF
UNITED STATES DISTRICT JUDGE